| | | |
|---|---|---|
| BOARD OF TRUSTEES of the PIPE FITTERS RETIREMENT FUND, LOCAL 597; | ) ) | |
| BOARD OF TRUSTEES of the PIPE FITTERS WELFARE FUND, LOCAL 597; | ) ) | CIVIL ACTION |
| BOARD OF TRUSTEES of the PIPE FITTERS TRAINING FUND, LOCAL 597; and | ) ) | NO. 04 C 6430 |
| BOARD OF TRUSTEES of the CHICAGO AREA CONTRACTING INDUSTRY IMPROVEMENT TRUST, | ) ) ) | |
| | ) | JUDGE:      CASTILLO |
| Plaintiffs, | ) ) | |
| | ) | MAGISTRATE JUDGE: |
| vs. | ) ) | LEVIN |
| ENVIRONMENTAL CONTROL, INC., | ) ) | |
| an Indiana Corporation, | ) | |
| RICHARD BARNEY, an individually and | ) | |
| d/b/a/ ENVIRONMENTAL CONTROL, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   ENVIRONMENTAL CONTROL, INC. and
      RICHARD BARNEY.
      c/o Ronald Primack
      18401 Maple Creek Drive, Suite 100
      Tinley Park, IL  60477

      ENVIRONMENTAL CONTROL, INC.
      c/o Richard Barney
      7611 W. 185th Street
      Tinley Park, IL 60477

      RICHARD BARNEY
      8915 Willow Lane
      St. John, IN 46373

PLEASE TAKE NOTICE that on **Tuesday, April 3, 2007** I shall appear before the Honorable Judge Castillo at approximately **9:45 am in Courtroom 2141**, or any Judge in his stead at the Everett McKinley Dirksen Building located at 219 South Dearborn Street, Chicago, Illinois, where I shall then and there present the enclosed **Motion to Reinstate and Entry of Judgment Against Defendants ENVIRONMENTAL CONTROL, INC. and BARNEY**.

Johnson & Krol, LLC

BY: _____
Dennis R. Johnson

Dennis R. Johnson
Johnson & Krol, LLC
208 S. LaSalle St.
Suite 1602
Chicago, IL 60604
(312) 372-8587

## CERTIFICATE OF SERVICE

I, Dennis R. Johnson, an attorney, first duly sworn on oath, deposes and says that I served the above and foregoing Plaintiffs' **Notice of Motion to Reinstate and Entry of Judgment Against Defendants ENVIRONMENTAL CONTROL, INC. and BARNEY,** by personally mailing a true and correct copy thereof by depositing it in the mailbox located at 208 S. LaSalle, Chicago, IL 60604 in a sealed envelope to the below named party addresses on this 15th day of March, 2007.

_____
Dennis R. Johnson

ENVIRONMENTAL CONTROL, INC.
c/o Ronald Primack
18401 Maple Creek Drive, Suite 100
Tinley Park, IL  60477

ENVIRONMENTAL CONTROL, INC.
7611 W. 185th Street
Tinley Park, IL 60477

RICHARD BARNEY
8915 Willow Lane
St. John, IN 46373

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| BOARD OF TRUSTEES of the PIPE FITTERS RETIREMENT FUND, LOCAL 597; | ) ) | |
| BOARD OF TRUSTEES of the PIPE FITTERS WELFARE FUND, LOCAL 597; | ) ) | CIVIL ACTION |
| BOARD OF TRUSTEES of the PIPE FITTERS TRAINING FUND, LOCAL 597; and | ) ) | NO. 04 C 6430 |
| BOARD OF TRUSTEES of the CHICAGO AREA CONTRACTING INDUSTRY IMPROVEMENT TRUST, | ) ) ) | |
| | ) | JUDGE:      CASTILLO |
| Plaintiffs, | ) ) | |
| vs. | ) ) | MAGISTRATE JUDGE: LEVIN |
| | ) | |
| ENVIRONMENTAL CONTROL, INC., an Indiana Corporation, | ) ) | |
| RICHARD BARNEY, an individually and d/b/a/ ENVIRONMENTAL CONTROL, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO REINSTATE AND
## ENTRY OF JUDGMENT AGAINST DEFENDANTS

NOW COME the Plaintiffs, Board of Trustees of the Pipe Fitters' Retirement Fund,

Local 597, Board of Trustees of the Pipe Fitters' Welfare Fund, Local 597, Board of Trustees of

the Pipe Fitters' Training Fund, Local 597 (hereinafter referred to as "TRUST FUNDS"), and

Board of Trustees of the Chicago Area Contracting Industry Improvement Trust (hereinafter

referred to as "INDUSTRY FUND"), by and through their attorneys, Johnson & Krol LLC, and

move this Court to reinstate this matter and enter judgment against Defendants

ENVIRONMENTAL CONTROL, INC, (hereinafter referred to as "ENVIRONMENTAL") and

RICHARD BARNEY, (hereinafter referred to as "BARNEY"), and in support states as follows:

1

1.     On August 26, 2005, Defendants entered into a Settlement Agreement for $463,595.61 representing a period of delinquency from July, 2002 through June 30, 2005.

2.     On November 16, 2005, this Honorable Court entered an Agreed Order in the above captioned matter, a copy of which is attached hereto as Group Exhibit 1. This Agreed Order incorporated the parties' Settlement Agreement by reference and was attached to the Agreed Order as Exhibit A.

3.     Under the Agreed Order and Settlement Agreement, Defendant BARNEY, acting in his authorized capacity as Vice-President of ENVIRONMENTAL, signed in his personal capacity and expressly agreed to become personally liable for the terms of the Agreement, in the event ENVIRONMENTAL defaults on the Agreement.

4.     The Agreed Order and Settlement Agreement required Defendants ENVIRONMENTAL and BARNEY to make four monthly payments of $13,873.48 commencing on October 1, 2005 at an interest rate of 5.75%, followed by sixty-seven (67) monthly payments of $7,000.00 at the same rate commencing on February 1, 2006, and on the 1st day of every month that follows.

5.     Pursuant to the Agreed Order and Settlement Agreement, Defendants ENVIRONMENTAL and BARNEY further agreed to submit monthly contribution reports and monthly contribution payments in a timely manner (as defined in the Collective Bargaining Agreement and Trust Agreement) from August of 2005 through the duration of the Settlement Agreement. (See ¶ 5, Group Exhibit 1(A)).

6.     The Defendants are currently in default on the November 16, 2005 Agreed Order and Settlement Agreement, as the Defendants are delinquent in making regular contribution payments and have consistently made settlement payments late.

7.     The Defendants have not cured the current delinquency and owe the Plaintiffs

$459,518.77, including unpaid principal due under the Settlement Agreement payments and

delinquent post-settlement contributions (See table attached hereto as Exhibit 2).

8.     The Settlement Agreement further specifies that if Defendants  ENVIRONMENTAL

and BARNEY fail to make any payment when due or fail to perform any other term or condition

of the agreement, the UNION, TRUST FUNDS and/or INDUSTRY FUND may declare all

unpaid amounts under the agreement immediately due and payable with interest.  (See ¶ 3,

Group Exhibit 1(A)).

9.     Subsequent to entering into the Agreed Order, Defendants submitted contribution

payments and reports for June, July, August, September, October and November of 2006 late,

and further failed to submit contribution payments for the periods of December of 2006, and

January and February of 2007, totaling approximately $73,799.91 in unpaid contributions,

$31,611.21 in liquidated damages and $1,222.90 in interest.  (See table attached hereto as

Exhibit 2).

10.    Pursuant to paragraph 5 of the Agreed Order attached hereto as Exhibit 1, the parties

agreed:

> "In the event defendants fail to make any of the payments as referenced in this
> Agreed Order pursuant to the terms of the attached Settlement Agreement…..., the
> Defendants shall be considered in violation of this Agreement and Plaintiffs shall be entitled
> to immediately reinstate this matter and seek reinstatement to enforce the terms of this
> Agreed Order and further be entitled to attorneys' fees incurred in connection with such
> enforcement."

11.     Paragraph 6 of the Agreed Order (Exhibit 1) further provides in relevant part:

> "This Court shall retain jurisdiction over the subject matter herein and of the parties hereto, granting with leave to reinstate proceedings until Defendant fulfills all of its obligations set forth in this Agreed Order."

12.     Because Defendants have failed to submit timely settlement payments, as well as post settlement contribution reports and payments pursuant to the Settlement Agreement and Agreed Order, Defendants EVIRONMENTAL and BARNEY are in default as to both the Agreed Order and the Settlement Agreement upon which the Order is based.

13.     Concurrent with the filing of this Motion, Plaintiffs served Defendants ENVIRONMENTAL and BARNEY with a letter via class mail, which summarizes the legal and factual grounds for this Motion.

14.     A Draft Judgment Order is attached hereto as Exhibit 3.

**WHEREFORE**, the Plaintiffs pray that the above-captioned matter be reinstated for entry of a Judgment in favor of the Plaintiffs, and against the Defendants ENVIRONMENTAL and BARNEY as follows:

A. That Defendants ENVIRONMENTAL and BARNEY be Ordered to pay the Plaintiffs $371,997.29, the full amount of the unpaid principal and liquidated damages due under the Agreed Order entered on November 16, 2005;

B. That Defendants ENVIRONMENTAL and BARNEY be Ordered to pay the Plaintiffs Post-Settlement Agreement contributions required under the terms of the Agreed Order, totaling approximately $73,799.91;

C. That Defendants ENVIRONMENTAL and BARNEY be Ordered to pay the Plaintiffs Post-Settlement liquidated damages resulting from unpaid Benefit Fund contributions, totaling approximately $32,371.33;

D. That Defendants ENVIRONMENTAL and BARNEY be Ordered to pay the Plaintiffs interest resulting from unpaid Benefit Fund contributions due, totaling $38,197.14;

E. That Defendants ENVIRONMENTAL and BARNEY be Ordered to pay the Plaintiffs Post-Settlement Agreement 401(k) contributions, totaling $7,181.30;

F. That Defendants ENVIRONMENTAL and BARNEY be ordered to pay liquidated damages resulting from untimely payment of 401(k) contributions, totaling $760.12;

G. That Defendants ENVIRONMENTAL and BARNEY be Ordered to pay the

    Plaintiffs interest resulting from untimely payment of 401(k) contributions,

    totaling $60.75;

H. That Defendants ENVIRONMENTAL and BARNEY be Ordered to pay

    Plaintiffs' reasonable attorneys' fees and costs.

I.   That Defendants ENVIRONMENTAL and BARNEY be Ordered to pay

    Plaintiffs' reasonable attorneys' fees and costs.

J. And any further relief as this Honorable Court deems just.


Respectfully submitted,

JOHNSON & KROL, LLC

By: _____
    Dennis R. Johnson,
    One of Plaintiffs Attorneys



JOHNSON & KROL, LLC
208 S. LaSalle St., Suite 1602
Chicago, IL 60604
312.372.8587



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BOARD OF TRUSTEES of the PIPE FITTERS )
RETIREMENT FUND, LOCAL 597; )
BOARD OF TRUSTEES of the PIPE FITTERS )    CIVIL ACTION
WELFARE FUND, LOCAL 597; )
BOARD OF TRUSTEES of the PIPE FITTERS )
TRAINING FUND, LOCAL 597; )
BOARD OF TRUSTEES of the PIPE FITTERS )
ASSOCIATION, LOCAL 597, U.A.; )
and )    NO. 04 C 6430
BOARD OF TRUSTEES of the CHICAGO AREA )
CONTRACTING INDUSTRY IMPROVEMENT )
TRUST, )    JUDGE:    CASTILLO
)
Plaintiffs, )
)    MAGISTRATE JUDGE:
vs. )    LEVIN
)
ENVIRONMENTAL CONTROL, INC., )
an Indiana Corporation, )
RICHARD BARNEY, an individually and )
d/b/a ENVIRONMENTAL CONTROL, INC. )
)
Defendant. )

## AGREED ORDER

NOW COMES the Plaintiffs, Board of Trustees of the Pipe Fitters Retirement

Fund, Local 597, et al, by and through their attorney, Jennifer C. Smetters, and the

Defendants, Environmental Control, Inc. and Richard Barney, by and through their

attorney, Ronald N. Primack, and agree as follows:

WHEREAS, this Court has jurisdiction of the subject matter herein and of the

1 of 5



parties hereto, Plaintiffs, the Board of Trustees of the Pipe Fitters' Retirement Fund,

Local 597, Board of Trustees of the Pipe Fitters' Welfare Fund, Local 597, Board of

Trustees of the Pipe Fitters' Training Fund, Local 597, Board of Trustees of the Chicago

Area Contracting Industry Improvement Trust (hereinafter referred to as "Trust Funds"),

and Board of Trustees of the Pipe Fitters' Association, Local 597 U.A. (hereinafter

referred to as "Union") and Defendants, Environmental Control, Inc. (hereinafter referred

to as "Environmental") and Richard Barney (hereinafter referred to as "Barney").

WHEREAS, Defendant, Environmental, admits to being bound by the terms and

provisions of the collective bargaining agreement between Pipe Fitters Association,

Local 597 U.A. and the Mechanical Contractors Association during all relevant times

referenced in the above-captioned matter; and

WHEREAS, upon agreement of the parties, Defendant, Environmental, owes

Plaintiffs, Trust Funds and Union, $463,595.61 in unpaid wage work assessments,

contributions, audits, liquidated damages, and interest for bargaining unit work

performed by Defendant and Defendant's employees for the period of April 2002 through

June 2005;

WHEREAS, Defendant, Richard Barney, agrees to be personally liable for the

terms of the parties agreement, in the event Environmental defaults on said agreement;

and

NOW THEREFORE, Defendant, Environmental, has agreed to make regular

payments on the amount owed and the Plaintiffs have agreed to accept regular payments

on the amount owed, until and unless Defendants fail to make said payments as agreed

and hereby ordered.

**IT IS HEREBY AGREED, ORDERED, ADJUDGED and DECREED as**
follows:

1. Defendant, Environmental, owes Plaintiffs, Trust Funds and Union, $463,595.61
   in unpaid wage work assessments, contributions, audits, liquidated damages, and
   interest for bargaining unit work performed by Defendant Environmental
   employees for the period April 2002 through June 2005 (Delinquency Report
   attached hereto as Exhibit A.1.); and

2. Defendant, Environmental shall make payments to the Trust Funds and Union in
   accordance with the terms of the parties' Settlement Agreement attached hereto as
   Exhibit A, checks payable to the Pipe Fitters Welfare Fund, Local 597, Attn: Greg
   Watson, 45 N. Ogden Avenue, Chicago, Illinois 60607. The payments are
   structured as follows:

   A. Four (4) monthly payments commencing on October 1, 2005 and on the 1st
      day of the three consecutive months that follow:

      i. monthly payments of $13,873.48 compromised of contributions
         financed at an interest rate of 5.75%, in accordance with the table
         attached as Exhibit A.2, and

      ii. monthly payments of $1,126.52 compromised of Area Agreement
          liquidated damages and interest, in accordance with the table
          attached as Exhibit A.3, and

B. Sixty-seven (67) monthly payments of $7,000.00 commencing on
February 1, 2006 and on the 1st day of the each and every month that
follows, consisting of:

  i. monthly payments of $5,865.98 compromised of contributions
  financed at an interest rate of 5.75%, in accordance with the table
  attached as Exhibit A.2, and

  ii. monthly payments of $1,126.52 compromised of Area Agreement
  liquidated damages and interest, in accordance with the table
  attached as Exhibit A.3, and

3. Defendants agree to all terms of the Settlement Agreement attached hereto as
Exhibit A.

4. In the event the Defendants fail to make any of the payments as referenced in this
Agreed Order pursuant to the terms of the attached Settlement Agreement, and
fail to cure such failure within the time to cure set forth in the attached Settlement
Agreement, the Defendants shall be considered in violation of this Agreed Order.
In such event, the Plaintiffs shall be entitled to immediately re-instate this matter
and seek re-instatement to enforce the terms of this Agreed Order and further be
entitled to attorneys' fees incurred in connection with such enforcement.

5. The parties hereby stipulate to the terms and conditions stated above.

6. This Court shall retain jurisdiction over the subject matter herein and of the
parties hereto, granting with leave to reinstate proceedings until Defendant fulfills

all of its obligations set forth in this Agreed Order.

Jennifer C. Smetters,
Attorney for Plaintiffs
Johnson, Smetters & Krol LLC
208 S. LaSalle St., Suite 1602
Chicago, IL 60604

Ronald N. Primack
Attorney for Defendants
Law Offices of Ronald N. Primack, LLC
18401 Maple Creek Drive, Suite 100
Tinley Park, IL 60477

**ENTERED:**

Dated: _11/16/05_

Honorable Judge Ruben Castillo

08-26-05    11:50    From-PIPE FITTERS RETIREMENT FUND          +3128288796          T-014  P.002   F-598
08/26/2005  09:16    9122558449                    JOHNSON&SMETTERS LLC                      PAGE  82/14

## SETTLEMENT AGREEMENT

This Settlement Agreement ("Agreement"), by and between Environmental Control, Inc. ("Environmental"), Richard Barney ("Barney"), the Pipe Fitters Welfare Fund, Local 597, the Pipe Fitters Retirement Fund, Local 597, the Pipe Fitters Training Fund, Local 597, and the Piping Education Fund, Local 597 ("Trust Funds") and Pipe Fitters Association, Local 597 U.A ("Union") is hereby entered into this 26th day of August, 2005.

WHEREAS, Environmental is a contractor which employs members of the bargaining unit represented by the Union; and

WHEREAS, pursuant to the Collective Bargaining Agreements to which Environmental subscribes, it incurred liability for contributions and liquidated damages to the Trust Funds; and

WHEREAS, Environmental has failed to meet its obligation to pay contributions resulting in outstanding wage work assessments, contributions, audits, applicable liquidated damages, and interest for the contribution periods of July 1, 2002 through June 30, 2005, and as a result it agrees to owing an aggregate amount of principal amount of $463,595.61, as itemized on the attached Exhibit 1; and

WHEREAS, Environmental, Barney, the Trust Funds and Union wish to settle all claims for the aforementioned and herein detailed contribution deficiencies, contribution delinquencies, resulting liquidated damages, interest, for said period; and

WHEREAS, Richard Barney, Vice-President of Environmental, and as such assures that he is acting in an authorized capacity on behalf of Environmental in signing this Agreement; and

WHEREAS, Barney, individually, by signing this agreement agrees to be personally liable for the terms of the Agreement herein, in the event Environmental defaults on this Agreement;

## IT IS HEREBY AGREED AS FOLLOWS:

1.  Environmental shall make payments to the Trust Funds in accordance with the tables attached hereto as Exhibit 2 and 3. The payments are structured as follows:

    A.  Four (4) monthly payments commencing on October 1, 2005 and on the 1st day of the three consecutive months that follow:

        (1) monthly payments of $13,873.48 compromised of contributions

1

_____ G.W. Initial – no alterations to typed page text

_____ R.B. Initial – no alterations to typed page text

EXHIBIT

A

PAGE  82/14.          788 4444149  P.02          JOHNSON&SMETTERS LLC          9122558449  10:09  AUG-25-2005  10:57          08/26/2005  10:09

financed at an interest rate of 5.75%, in accordance with the table attached as Exhibit 2, and

   (2) monthly payments of $1,126.52 compromised of Area Agreement liquidated damages and interest, in accordance with the table attached as Exhibit 3, and

B. Sixty-seven (67) monthly payments of $7,000.00 commencing on February 1, 2006 and on the 1st day of the each and every month that follows, consisting of:

   (1) monthly payments of $5,865.98 compromised of contributions financed at an interest rate of 5.75%, in accordance with the table attached as Exhibit 2, and

   (2) monthly payments of $1,126.52 compromised of Area Agreement liquidated damages and interest, in accordance with the table attached as Exhibit 3, and

2.   The payments called for in this Agreement shall be made by cash or check, payable to the Pipe Fitters Welfare Fund, Local 597, and shall be mailed to the attention of Greg Watson, c/o Pipe Fitters Welfare Fund, Local 597, at 45 N. Ogden Avenue in Chicago, Illinois 60607, to be received by the date specified for such payment in Paragraph 1 of this Agreement, as detailed in Exhibits 2 and 3. Failure to make a payment, as required by this Agreement, shall constitute a default. Environmental may prepay without penalty all or a portion of the amount owed earlier than it is due. Early payments will not, unless agreed to by the Trust Funds and Union, in writing, relieve Environmental of its obligation to continue to make the regularly scheduled payments as set forth on Exhibits 2 and 3. Rather, early payments will reduce the final payment of principal due.

3.   If Environmental shall fail to make any payment when due or fail to observe or perform any other term or condition of this Agreement, and shall fail to cure such default within ten (10) days of receipt of written notice from the Union and/or Trust Funds of the default, then the Union and/or Trust funds can at their option, immediately declare all unpaid amounts due under this Agreement immediately due and payable in their aggregate amount, together with accrued interest, and can immediately proceed to enforce collection of those amounts, plus attorneys' fees and other reasonable expenses incurred in such collection efforts.

2

G.W. Initial – no alterations to typed page text

R.B. Initial – no alterations to typed page text

4.    Should the Union and/or the Trust Funds choose to waive the lateness of any payment(s) called for in this Agreement, such waiver shall only be effective to the specified lateness actually waived and shall not act as a waiver to any subsequent payments. The parties further agree that actual damages in the event of late payment would be difficult to calculate and would be speculative in nature. Therefore the parties agree as follows:

A.    For the obligations set forth at Paragraph 1 above (the past due obligations), liquidated damages in the amount of five percent (5%) of the late payment(s) shall be assessed to each and every late payment received on or after the 5th day of the month in which the payment was due.

B.    For payments to be made pursuant to Paragraph 5 below (the on-going obligations), Environmental shall be assessed applicable liquidated damages, interest, fees and costs as set forth in the underlying Collective Bargaining Agreement(s) and the Trust Agreement.

5.    Commencing with payment due from the August, 2005 contribution period, Environmental shall submit monthly contribution reports and monthly contribution payments in a timely manner (as defined in the Collective Bargaining Agreement(s) and Trust Agreement) throughout the duration of this Agreement. A failure by Environmental to submit contribution reports, and/or accurate monthly contribution payments, and/or assessed liquidated damages, and/or audit deficiencies, and/or submit to any other term(s) as defined in the underlying Collective Bargaining Agreement(s) and Trust Agreement, shall constitute a default under this Agreement.

6.    The contribution reports submitted to the Trust Funds for the year 2005 have not been verified by a Trust Funds audit. If an audit should be conducted and a reporting deficiency or discrepancy is discovered for the contribution period beginning January 1, 2005 through June 30, 2005, the parties agree that said discrepancy and/or deficiency shall be a separate and distinct claim from the claims settled in this Agreement.

7.    The recitals shall be considered as part of this Agreement.

8.    This Agreement shall be executed in counterparts and each shall be deemed an original.

9.    This Agreement shall terminate upon receipt, by the Trust Funds, of the final

3

_G.W. Initial -- no alterations to typed page text

_R.B. Initial -- no alterations to typed page text

payment of all sums due the Trust Funds as set forth in this Agreement.

10. This Agreement is conditional on Barney signing on behalf of himself personally and on behalf of Environmental, with a copy of the signed Agreement, each page initialed, to be received by Johnson Smetters & Krol, LLC via facsimile, not later than 12:00 p.m. (noon) this 26th day of August, 2005. Upon timely receipt of this Agreement, the cancellation of the Area Agreement effective August 29, 2005 will be rescinded. It is further understood that duplicate originals shall be mailed on August 26, 2005.

11. The parties hereby agree that the Union and Trust Funds shall dismiss reserving leave to reinstate to enforce the terms of this Agreement, Case No. 04 C 6430, entitled BOARD OF TRUSTEES of the PIPE FITTERS RETIREMENT FUND, LOCAL 597; BOARD OF TRUSTEES of the PIPE FITTERS WELFARE FUND, LOCAL 597; BOARD OF TRUSTEES of the PIPE FITTERS TRAINING FUND, LOCAL 597; BOARD OF TRUSTEES of the PIPE FITTERS ASSOCIATION, LOCAL 597, U.A.; and BOARD OF TRUSTEES of the CHICAGO AREA CONTRACTING INDUSTRY IMPROVEMENT TRUST, Plaintiffs, vs. ENVIRONMENTAL CONTROL, INC. an Indiana corporation, and RICHARD BARNEY, an individual and d/b/a/ ENVIRONMENTAL CONTROL, INC., Defendants, currently pending in the United States District Court for the Northern District, Eastern Division on or before September 15, 2005.

Agreed to and entered into this 26th day of August, 2005.

PIPE FITTERS TRUST FUNDS,
LOCAL 597
And
PIPE FITTERS ASSOCIATION,
LOCAL 597

ENVIRONMENTAL CONTROL, INC.
and
RICHARD BARNEY, personally
*ENVIRONMENTAL Control, Inc.*
By: _____
Richard Barney, V. President

_____
Mr. Gregory J. Watson

_____
Richard Barney

4

G.W. Initial – no alterations to typed page text

R.B. Initial – no alterations to typed page text

08-26-06   11:51   From-PIPE FITTERS RETIREMENT FUND      +3128209796      T-014  P.006/014  F-598
08/26/2005   09:15   9122552449                JOHNSON&SMETTERS LLC                    PAGE  06/14

## Environmental Control, Inc.
## Delinquency Report

| Contribution Period Date | Reported Contributions Due | Liquidated Damages Due (based on 20% of late contributions) | Interest Due (based on unpaid contribution not exceeding 10%) | Audit | Audit Liquidated Damages | Settlement Payments | Total |
|---|---|---|---|---|---|---|---|
| April-2002 | | $1,716.30 | | | | $1,716.30 | $1.00 |
| April-2003 | $2,291.82 | | | | | $2,321.82 | $0.00 |
| May-2003 | $2,437.50 | | | | | $2,487.50 | $0.00 |
| July-2003 | $3,891.84 | | | | | $3,891.84 | $0.00 |
| July-2003 | | $3,812.32 | | $4,083.05 | | $3,881.81 | $0.00 |
| August-2003 | | $3,884.67 | | | $484.62 | $6,488.27 | $0.00 |
| September-2003 | | $3,684.50 | | | | -$32.97 | $3,651.97 |
| October-2003 | | $3,611.76 | | | | | $3,654.92 |
| November-2003 | $25.74 | | $2.67 | $158.60 | | | $3,611.76 |
| December-2003 | $2,463.98 | | | | $16.43 | $1,831.97 | $7,002.11 |
| January-2004 | $2,270.01 | $2,270.01 | | $3,933.21 | | | $1,611.76 |
| February-2004 | $2,493.13 | $2,459.02 | | | $386.64 | | $7,769.68 |
| March-2004 | $2,502.07 | $2,133.02 | | | | | $26,076.17 |
| March-2004 | $2,109.06 | $2,230.39 | | | | $27,283.23 | $28,076.17 |
| April-2004 | $2,099.44 | $2,109.68 | | | | $26,423.80 | $28,076.17 |
| May-2004 | $2,734.51 | $2,709.91 | | | | $13,146.33 | $27,283.23 |
| June-2004 | $4,026.48 | $4,020.68 | | | | $49,080.24 | $26,423.80 |
| July-2004 | $1,364.01 | $1,157.76 | | | | $88,085.68 | $13,146.33 |
| August-2004 | $3,492.77 | $3,492.77 | | | | $42,707.57 | $49,060.54 |
| October-2004 | $45,721.93 | | $3,522.37 | | $887.44 | $7,464.81 | $88,085.68 |
| December-2004 | $35,737.30 | $3,896.86 | $7,388.86 | | | $3,076.17 | $42,707.57 |
| March-2005 | $30,109.00 | $3,462.14 | $892.82 | | | $3,076.17 | $7,464.81 |
| April-2005 | $28,678.76 | $7,597.88 | $728.88 | | | $39,622.01 | $10,672.00 |
| May-2005 & June - 2005 | $193,905.93 | $87,651.83 | $25,177.64 | $1,624.13 | -$14,402.31 | $163,106.61 | $39,522.01 |
| **Total** | $193,905.93 | $87,651.83 | $25,177.64 | $15,602.83 | $1,624.13 | -$14,402.31 | $163,106.61 |

| Revision Date |
|---|
| 08/26/05 |

EXHIBIT
A.1.

08/26/2005   10:09   9122550449                                   AUG-26-2005  10:59
                                                                 708 4444449  P.06
                      JOHNSON&SMETTERS LLC                        PAGE  06/14

08-26-05    11:51    From-PIPE FITTERS RETIREMENT FUND    +3128288796    T-014  P.007/014  F-598
08/26/2005    09:16    9122558449    JOHNSON&SMETTERS LLC    PAGE  07/14

08/26/2005 5:27:09 AM  Page 1

Environmental Control, Inc. 1

Compound Period ........ : Monthly

Nominal Annual Rate .... : 5.750 %

## CASH FLOW DATA

| | Event | Date | Amount | Number | Period | End Date |
|---|---|---|---|---|---|---|
| 1 | Loan | 08/26/2005 | 383,612.81 | 1 | | |
| 2 | Payment | 10/01/2005 | 13,873.48 | 1 | | |
| 3 | Payment | 11/01/2005 | 13,873.48 | 1 | | |
| 4 | Payment | 12/01/2005 | 13,873.48 | 1 | | |
| 5 | Payment | 01/01/2006 | 13,873.48 | 1 | | |
| 6 | Payment | 02/01/2006 | 5,865.98 | 67 | Monthly | 08/01/2011 |

## AMORTIZATION SCHEDULE - Normal Amortization

| | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| Loan | 08/26/2005 | | | | 383,612.81 |
| 1 | 10/01/2005 | 13,873.48 | 2,202.48 | 11,671.00 | 371,941.81 |
| 2 | 11/01/2005 | 13,873.48 | 1,782.22 | 12,091.26 | 359,850.55 |
| 3 | 12/01/2005 | 13,873.48 | 1,724.28 | 12,149.20 | 347,701.35 |
| 2005 Totals | | 41,620.44 | 5,708.98 | 35,911.46 | |
| 4 | 01/01/2006 | 13,873.48 | 1,666.07 | 12,207.41 | 335,493.94 |
| 5 | 02/01/2006 | 5,865.98 | 1,607.58 | 4,258.40 | 331,235.54 |
| 6 | 03/01/2006 | 5,865.98 | 1,587.17 | 4,278.81 | 326,956.73 |
| 7 | 04/01/2006 | 5,865.98 | 1,566.67 | 4,299.31 | 322,657.42 |
| 8 | 05/01/2006 | 5,865.98 | 1,546.07 | 4,319.91 | 318,337.51 |
| 9 | 06/01/2006 | 5,865.98 | 1,525.37 | 4,340.61 | 313,996.90 |
| 10 | 07/01/2006 | 5,865.98 | 1,504.57 | 4,361.41 | 309,635.49 |
| 11 | 08/01/2006 | 5,865.98 | 1,483.67 | 4,382.31 | 305,253.18 |
| 12 | 09/01/2006 | 5,865.98 | 1,462.67 | 4,403.31 | 300,849.87 |
| 13 | 10/01/2006 | 5,865.98 | 1,441.57 | 4,424.41 | 296,425.46 |
| 14 | 11/01/2006 | 5,865.98 | 1,420.37 | 4,445.61 | 291,979.85 |
| 15 | 12/01/2006 | 5,865.98 | 1,399.07 | 4,466.91 | 287,512.94 |
| 2006 Totals | | 78,399.26 | 18,210.85 | 60,188.41 | |
| 16 | 01/01/2007 | 5,865.98 | 1,377.67 | 4,488.31 | 283,024.63 |
| 17 | 02/01/2007 | 5,865.98 | 1,356.16 | 4,509.82 | 278,514.81 |
| 18 | 03/01/2007 | 5,865.98 | 1,334.55 | 4,531.43 | 273,983.38 |
| 19 | 04/01/2007 | 5,865.98 | 1,312.84 | 4,553.14 | 269,430.24 |
| 20 | 05/01/2007 | 5,865.98 | 1,291.02 | 4,574.96 | 264,855.28 |
| 21 | 06/01/2007 | 5,865.98 | 1,269.10 | 4,596.88 | 260,258.40 |
| 22 | 07/01/2007 | 5,865.98 | 1,247.07 | 4,618.91 | 255,639.49 |
| 23 | 08/01/2007 | 5,865.98 | 1,224.94 | 4,641.04 | 250,998.45 |
| 24 | 09/01/2007 | 5,865.98 | 1,202.70 | 4,663.28 | 246,335.17 |
| 25 | 10/01/2007 | 5,865.98 | 1,180.36 | 4,685.62 | 241,649.55 |
| 26 | 11/01/2007 | 5,865.98 | 1,157.90 | 4,708.08 | 236,941.47 |
| 27 | 12/01/2007 | 5,865.98 | 1,135.34 | 4,730.64 | 232,210.83 |

EXHIBIT

A.2.

08-26-05   11:52   From-PIPE FITTERS RETIREMENT FUND        +3128290796        T-014  P.008/014  F-588
08/26/2005  09:15   9122550449              JOHNSON&SMETTERS LLC             PAGE  08/14

08/26/2005 6:27:09 AM Page 2

## Environmental Control, Inc. 1

| | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| | 2007 Totals | 70,391.76 | 15,089.65 | 55,302.11 | |
| 28 | 01/01/2008 | 5,865.98 | 1,112.68 | 4,753.30 | 227,457.53 |
| 29 | 02/01/2008 | 5,865.98 | 1,089.90 | 4,776.08 | 222,681.45 |
| 30 | 03/01/2008 | 5,865.98 | 1,067.02 | 4,798.96 | 217,882.49 |
| 31 | 04/01/2008 | 5,865.98 | 1,044.02 | 4,821.96 | 213,060.53 |
| 32 | 05/01/2008 | 5,865.98 | 1,020.92 | 4,845.06 | 208,215.47 |
| 33 | 06/01/2008 | 5,865.98 | 997.70 | 4,868.28 | 203,347.19 |
| 34 | 07/01/2008 | 5,865.98 | 974.37 | 4,891.61 | 198,455.58 |
| 35 | 08/01/2008 | 5,865.98 | 950.93 | 4,915.05 | 193,540.53 |
| 36 | 09/01/2008 | 5,865.98 | 927.38 | 4,938.60 | 188,601.93 |
| 37 | 10/01/2008 | 5,865.98 | 903.72 | 4,962.26 | 183,639.67 |
| 38 | 11/01/2008 | 5,865.98 | 879.94 | 4,986.04 | 178,653.63 |
| 39 | 12/01/2008 | 5,865.98 | 856.05 | 5,009.93 | 173,643.70 |
| | 2008 Totals | 70,391.76 | 11,824.63 | 58,567.13 | |
| 40 | 01/01/2009 | 5,865.98 | 832.04 | 5,033.94 | 168,609.76 |
| 41 | 02/01/2009 | 5,865.98 | 807.92 | 5,058.06 | 163,551.70 |
| 42 | 03/01/2009 | 5,865.98 | 783.69 | 5,082.29 | 158,469.41 |
| 43 | 04/01/2009 | 5,865.98 | 759.33 | 5,106.65 | 153,362.76 |
| 44 | 05/01/2009 | 5,865.98 | 734.86 | 5,131.12 | 148,231.64 |
| 45 | 06/01/2009 | 5,865.98 | 710.28 | 5,155.70 | 143,075.94 |
| 46 | 07/01/2009 | 5,865.98 | 685.57 | 5,180.41 | 137,895.53 |
| 47 | 08/01/2009 | 5,865.98 | 660.75 | 5,205.23 | 132,690.30 |
| 48 | 09/01/2009 | 5,865.98 | 635.81 | 5,230.17 | 127,460.13 |
| 49 | 10/01/2009 | 5,865.98 | 610.75 | 5,255.23 | 122,204.90 |
| 50 | 11/01/2009 | 5,865.98 | 585.57 | 5,280.41 | 116,924.49 |
| 51 | 12/01/2009 | 5,865.98 | 560.26 | 5,305.72 | 111,618.77 |
| | 2009 Totals | 70,391.76 | 8,366.03 | 62,024.93 | |
| 52 | 01/01/2010 | 5,865.98 | 534.84 | 5,331.14 | 106,287.63 |
| 53 | 02/01/2010 | 5,865.98 | 509.29 | 5,356.69 | 100,930.94 |
| 54 | 03/01/2010 | 5,865.98 | 483.63 | 5,382.35 | 95,548.59 |
| 55 | 04/01/2010 | 5,865.98 | 457.84 | 5,408.14 | 90,140.45 |
| 56 | 05/01/2010 | 5,865.98 | 431.92 | 5,434.06 | 84,706.39 |
| 57 | 06/01/2010 | 5,865.98 | 405.88 | 5,460.10 | 79,246.29 |
| 58 | 07/01/2010 | 5,865.98 | 379.72 | 5,486.26 | 73,760.03 |
| 59 | 08/01/2010 | 5,865.98 | 353.43 | 5,512.55 | 68,247.48 |
| 60 | 09/01/2010 | 5,865.98 | 327.02 | 5,538.96 | 62,708.52 |
| 61 | 10/01/2010 | 5,865.98 | 300.48 | 5,565.50 | 57,143.02 |
| 62 | 11/01/2010 | 5,865.98 | 273.81 | 5,592.17 | 51,550.85 |
| 63 | 12/01/2010 | 5,865.98 | 247.01 | 5,618.97 | 45,931.88 |
| | 2010 Totals | 70,391.76 | 4,704.87 | 65,686.89 | |
| 64 | 01/01/2011 | 5,865.98 | 220.09 | 5,645.89 | 40,285.99 |
| 65 | 02/01/2011 | 5,865.98 | 193.04 | 5,672.94 | 34,613.05 |
| 66 | 03/01/2011 | 5,865.98 | 165.85 | 5,700.13 | 28,912.92 |
| 67 | 04/01/2011 | 5,865.98 | 138.54 | 5,727.44 | 23,185.48 |
| 68 | 05/01/2011 | 5,865.98 | 111.10 | 5,754.88 | 17,430.60 |

08-26-06    11:52    From-PIPE FITTERS RETIREMENT FUND          +3128288796      T-014   P 008/014   F-598
08/26/2005    09:16    9122550449                    JOHNSON&SMETTERS LLC                PAGE    09/14

08/26/2005 5:27:09 AM Page 3

## Environmental Control, Inc. 1

| Date | | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| 69 | 06/01/2011 | 5,865.98 | 83.52 | 5,782.46 | 11,648.14 |
| 70 | 07/01/2011 | 5,865.98 | 55.81 | 5,810.17 | 5,837.97 |
| 71 | 08/01/2011 | 5,865.98 | 28.01 | 5,837.97 | 0.00 |
| 2011 Totals | | 46,927.84 | 995.96 | 45,931.88 | |
| Grand Totals | | 448,514.58 | 64,901.77 | 383,612.81 | |

08/26/2005 5:27:09 AM Page 4

Environmental Control, Inc. 1

Last interest amount increased by 0.04 due to rounding.

08-26-05   11:52   From-PIPE FITTERS RETIREMENT FUND   +3128288796   T-014  P.011/014  F-598
08/26/2005   09:16   9122558449   JOHNSON&SMETTERS LLC   PAGE  11/14

08/26/2005 5:24:39 AM  Page 1

Environmental Control, Inc. 2

Compound Period ......... :  Monthly

Nominal Annual Rate .... :  0.000 %

CASH FLOW DATA

| Event | Date | Amount | Number | Period | End Date |
|---|---|---|---|---|---|
| 1  Loan | 08/26/2005 | 79,982.80 | 1 | | |
| 2  Payment | 10/01/2005 | 1,126.52 | 71 | Monthly | 08/01/2011 |

AMORTIZATION SCHEDULE - Normal Amortization

| | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| Loan | 08/26/2005 | | | | 79,982.80 |
| 1 | 10/01/2005 | 1,126.52 | 0.00 | 1,126.52 | 78,856.28 |
| 2 | 11/01/2005 | 1,126.52 | 0.00 | 1,126.52 | 77,729.76 |
| 3 | 12/01/2005 | 1,126.52 | 0.00 | 1,126.52 | 76,603.24 |
| 2005 Totals | | 3,379.56 | 0.00 | 3,379.56 | |
| 4 | 01/01/2006 | 1,126.52 | 0.00 | 1,126.52 | 75,476.72 |
| 5 | 02/01/2006 | 1,126.52 | 0.00 | 1,126.52 | 74,350.20 |
| 6 | 03/01/2006 | 1,126.52 | 0.00 | 1,126.52 | 73,223.68 |
| 7 | 04/01/2006 | 1,126.52 | 0.00 | 1,126.52 | 72,097.16 |
| 8 | 05/01/2006 | 1,126.52 | 0.00 | 1,126.52 | 70,970.64 |
| 9 | 06/01/2006 | 1,126.52 | 0.00 | 1,126.52 | 69,844.12 |
| 10 | 07/01/2006 | 1,126.52 | 0.00 | 1,126.52 | 68,717.60 |
| 11 | 08/01/2006 | 1,126.52 | 0.00 | 1,126.52 | 67,591.08 |
| 12 | 09/01/2006 | 1,126.52 | 0.00 | 1,126.52 | 66,464.56 |
| 13 | 10/01/2006 | 1,126.52 | 0.00 | 1,126.52 | 65,338.04 |
| 14 | 11/01/2006 | 1,126.52 | 0.00 | 1,126.52 | 64,211.52 |
| 15 | 12/01/2006 | 1,126.52 | 0.00 | 1,126.52 | 63,085.00 |
| 2006 Totals | | 13,518.24 | 0.00 | 13,518.24 | |
| 16 | 01/01/2007 | 1,126.52 | 0.00 | 1,126.52 | 61,958.48 |
| 17 | 02/01/2007 | 1,126.52 | 0.00 | 1,126.52 | 60,831.96 |
| 18 | 03/01/2007 | 1,126.52 | 0.00 | 1,126.52 | 59,705.44 |
| 19 | 04/01/2007 | 1,126.52 | 0.00 | 1,126.52 | 58,578.92 |
| 20 | 05/01/2007 | 1,126.52 | 0.00 | 1,126.52 | 57,452.40 |
| 21 | 06/01/2007 | 1,126.52 | 0.00 | 1,126.52 | 56,325.88 |
| 22 | 07/01/2007 | 1,126.52 | 0.00 | 1,126.52 | 55,199.36 |
| 23 | 08/01/2007 | 1,126.52 | 0.00 | 1,126.52 | 54,072.84 |
| 24 | 09/01/2007 | 1,126.52 | 0.00 | 1,126.52 | 52,946.32 |
| 25 | 10/01/2007 | 1,126.52 | 0.00 | 1,126.52 | 51,819.80 |
| 26 | 11/01/2007 | 1,126.52 | 0.00 | 1,126.52 | 50,693.28 |
| 27 | 12/01/2007 | 1,126.52 | 0.00 | 1,126.52 | 49,566.76 |
| 2007 Totals | | 13,518.24 | 0.00 | 13,518.24 | |
| 28 | 01/01/2008 | 1,126.52 | 0.00 | 1,126.52 | 48,440.24 |
| 29 | 02/01/2008 | 1,126.52 | 0.00 | 1,126.52 | 47,313.72 |

EXHIBIT
A.3.

08-26-05    11:53    From-PIPE FITTERS RETIREMENT FUND    +3128299796    T-014    P.012/014    F-598
08/26/2005    09:16    9122558449    JOHNSON&SMETTERS LLC    PAGE    12/14

08/26/2005  5:24:39 AM  Page 2

## Environmental Control, Inc. 2

| | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| 30 | 03/01/2008 | 1,126.52 | 0.00 | 1,126.52 | 46,187.20 |
| 31 | 04/01/2008 | 1,126.52 | 0.00 | 1,126.52 | 45,060.68 |
| 32 | 05/01/2008 | 1,126.52 | 0.00 | 1,126.52 | 43,934.16 |
| 33 | 06/01/2008 | 1,126.52 | 0.00 | 1,126.52 | 42,807.64 |
| 34 | 07/01/2008 | 1,126.52 | 0.00 | 1,126.52 | 41,681.12 |
| 35 | 08/01/2008 | 1,126.52 | 0.00 | 1,126.52 | 40,554.60 |
| 36 | 09/01/2008 | 1,126.52 | 0.00 | 1,126.52 | 39,428.08 |
| 37 | 10/01/2008 | 1,126.52 | 0.00 | 1,126.52 | 38,301.56 |
| 38 | 11/01/2008 | 1,126.52 | 0.00 | 1,126.52 | 37,175.04 |
| 39 | 12/01/2008 | 1,126.52 | 0.00 | 1,126.52 | 36,048.52 |
| 2008 Totals | | 13,518.24 | 0.00 | 13,518.24 | |
| 40 | 01/01/2009 | 1,126.52 | 0.00 | 1,126.52 | 34,922.00 |
| 41 | 02/01/2009 | 1,126.52 | 0.00 | 1,126.52 | 33,795.48 |
| 42 | 03/01/2009 | 1,126.52 | 0.00 | 1,126.52 | 32,668.96 |
| 43 | 04/01/2009 | 1,126.52 | 0.00 | 1,126.52 | 31,542.44 |
| 44 | 05/01/2009 | 1,126.52 | 0.00 | 1,126.52 | 30,415.92 |
| 45 | 06/01/2009 | 1,126.52 | 0.00 | 1,126.52 | 29,289.40 |
| 46 | 07/01/2009 | 1,126.52 | 0.00 | 1,126.52 | 28,162.88 |
| 47 | 08/01/2009 | 1,126.52 | 0.00 | 1,126.52 | 27,036.36 |
| 48 | 09/01/2009 | 1,126.52 | 0.00 | 1,126.52 | 25,909.84 |
| 49 | 10/01/2009 | 1,126.52 | 0.00 | 1,126.52 | 24,783.32 |
| 50 | 11/01/2009 | 1,126.52 | 0.00 | 1,126.52 | 23,656.80 |
| 51 | 12/01/2009 | 1,126.52 | 0.00 | 1,126.52 | 22,530.28 |
| 2009 Totals | | 13,518.24 | 0.00 | 13,518.24 | |
| 52 | 01/01/2010 | 1,126.52 | 0.00 | 1,126.52 | 21,403.76 |
| 53 | 02/01/2010 | 1,126.52 | 0.00 | 1,126.52 | 20,277.24 |
| 54 | 03/01/2010 | 1,126.52 | 0.00 | 1,126.52 | 19,150.72 |
| 55 | 04/01/2010 | 1,126.52 | 0.00 | 1,126.52 | 18,024.20 |
| 56 | 05/01/2010 | 1,126.52 | 0.00 | 1,126.52 | 16,897.68 |
| 57 | 06/01/2010 | 1,126.52 | 0.00 | 1,126.52 | 15,771.16 |
| 58 | 07/01/2010 | 1,126.52 | 0.00 | 1,126.52 | 14,644.64 |
| 59 | 08/01/2010 | 1,126.52 | 0.00 | 1,126.52 | 13,518.12 |
| 60 | 09/01/2010 | 1,126.52 | 0.00 | 1,126.52 | 12,391.60 |
| 61 | 10/01/2010 | 1,126.52 | 0.00 | 1,126.52 | 11,265.08 |
| 62 | 11/01/2010 | 1,126.52 | 0.00 | 1,126.52 | 10,138.56 |
| 63 | 12/01/2010 | 1,126.52 | 0.00 | 1,126.52 | 9,012.04 |
| 2010 Totals | | 13,518.24 | 0.00 | 13,518.24 | |
| 64 | 01/01/2011 | 1,126.52 | 0.00 | 1,126.52 | 7,885.52 |
| 65 | 02/01/2011 | 1,126.52 | 0.00 | 1,126.52 | 6,759.00 |
| 66 | 03/01/2011 | 1,126.52 | 0.00 | 1,126.52 | 5,632.48 |
| 67 | 04/01/2011 | 1,126.52 | 0.00 | 1,126.52 | 4,505.96 |
| 68 | 05/01/2011 | 1,126.52 | 0.00 | 1,126.52 | 3,379.44 |
| 69 | 06/01/2011 | 1,126.52 | 0.00 | 1,126.52 | 2,252.92 |
| 70 | 07/01/2011 | 1,126.52 | 0.00 | 1,126.52 | 1,126.40 |
| 71 | 08/01/2011 | 1,126.52 | 0.12 | 1,126.40 | 0.00 |
| 2011 Totals | | 9,012.16 | 0.12 | 9,012.04 | |

C8-26-05    11:53    From-PIPE FITTERS RETIREMENT FUND         +3128280796         T-014  P.013/014  F-598

08/26/2005   09:16    9122550449              JOHNSON&SMETTERS LLC                     PAGE   13/14

08/26/2005 5:24:39 AM  Page 3

## Environmental Control, Inc. 2

| Date | Payment | Interest | Principal | Balance |
|------|---------|----------|-----------|---------|
| Grand Totals | 79,982.92 | 0.12 | 78,982.80 | |

R.S.

PAGE 13/14     788 444449  P.13     JOHNSON&SMETTERS LLC     9122550449  10:09  08/26/2005

AUG-25-2005  11:02

08-26-05    11:53    From-PIPE FITTERS RETIREMENT FUND    +3128280786    T-014  P.014/014  F-598

08/26/2005 5:24:39 AM Page 4

Environmental Control, Inc. 2

Last interest amount increased by 0.12 due to rounding.

PAGE 14/14    708 4444145    JOHNSON&SMELTERS LLC    9122556449    10:09  2005-26-AUG    11:02    08/26/2005  AUG-26-2005

| 21880 | Environmental Control, Inc | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Acc # | Account Description | Audits | Interest | *Future Int.* | Legal Cost | Late Charges | Additional LC | Contributions | Settlements | Open Cash | Total |
| 100 | Current (Not in Settlement) | | $1,222.90 | | | $31,611.21 | | $73,799.91 | | -$8.66 | $106,625.36 |
| 30000 | 401(k) | | $60.75 | | | $760.12 | | | | | $820.87 |
| 99900 | Settlement Agreement | | $36,913.49 | $19,924.75 | | $39,780.69 | $1,500.00 | $273,983.36 | | -$105.00 | $371,997.29 |
| | Total | | $38,197.14 | | | $72,152.02 | $1,500.00 | $347,783.27 | | -$113.66 | $459,518.77 |

EXHIBIT

tabbies®

#2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

BOARD OF TRUSTEES of the PIPE FITTERS )
RETIREMENT FUND, LOCAL 597; )
BOARD OF TRUSTEES of the PIPE FITTERS )   CIVIL ACTION
WELFARE FUND, LOCAL 597; )
BOARD OF TRUSTEES of the PIPE FITTERS )
TRAINING FUND, LOCAL 597; and )   NO. 04 C 6430
BOARD OF TRUSTEES of the CHICAGO AREA )
CONTRACTING INDUSTRY IMPROVEMENT )
TRUST, )   JUDGE:    CASTILLO
         )
       Plaintiffs, )
         )   MAGISTRATE JUDGE:
      vs. )      LEVIN
         )
ENVIRONMENTAL CONTROL, INC., )
an Indiana Corporation, )
RICHARD BARNEY, an individually and )
d/b/a/ ENVIRONMENTAL CONTROL, INC., )
         )
     Defendants. )

## JUDGMENT ORDER- ENVIRONMENTAL CONTROL, INC.
## AND RICHARD BARNEY

NOW COME the Plaintiffs' Motion for Judgment against Defendants ENVIRONMENTAL

Control, Inc. and Richard BARNEY on April 3, 2007 and hereby enters Judgment against

Defendants ENVIRONMENTAL Control, Inc. and Richard BARNEY as follows:

A.  Judgment is hereby entered against Defendants ENVIRONMENTAL and BARNEY

    jointly and severally;

B.  Defendants ENVIRONMENTAL and BARNEY are ordered to pay Plaintiffs

    $459,518.77;

1



C.  Defendants ENVIRONMENTAL and BARNEY are ordered to pay Plaintiffs

reasonable attorneys fees;

D.  That the Plaintiffs have such other and further relief as the court may deem just and

equitable all at Defendants ENVIRONMENTAL and  BARNEY's cost, pursuant to

U.S.C. §1132(g)(2)(E).


**ENTERED:**


**Dated:** _____        _____
                                      **HONORABLE JUDGE CASTILLO**